

# Fourth Court of Appeals
## San Antonio, Texas

December 28, 2020

No. 04-20-00278-CV

Israel Jesus **CEDILLO,**
Appellant

v.

Donna Lynn **MANN,**
Appellee

From the County Court, Gillespie County, Texas
Trial Court No. 16108CCL
Honorable Mark Stroeher, Judge Presiding

## O R D E R

On May 26, 2020, appellant Israel Jesus Cedillo filed a notice of appeal challenging a default judgment entered against him on February 25, 2020. After we received the appellate record, Mr. Cedillo filed his appellant's brief on September 4, 2020.

Texas Rule 38.6(b) provides that an appellee's brief must be filed within thirty days after the appellant's brief is filed. TEX. R. APP. P. 38.6(b). As a result, appellee Donna Lynn Mann's brief was due by October 5, 2020. *See id.* When it was not filed, this court notified Ms. Mann of the deficiency in a letter dated November 10, 2020. In that letter, we informed Ms. Mann that her brief was late and she should file a response reasonably explaining why she has not filed a brief and what steps she is taking to remedy the deficiency. We advised Ms. Mann that if we did not receive a response by November 20, 2020, the appeal would be set for submission without an appellee's brief.

On December 9, 2020, Ms. Mann informed this court that she did not receive our November 10, 2020 letter until December 5, 2020. Accordingly, we **ORDER** Ms. Mann to file her brief **by January 27, 2021**. Ms. Mann is advised that if she chooses not to file a brief, the appeal will be set for submission without it.

It is so **ORDERED** December 28, 2020.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT

